**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JAMES CONACE, : No. 833 MAL 2014
:
               Petitioner : Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
          v. :
:
:
:
WORKERS' COMPENSATION APPEAL :
BOARD (ARMEN CADILLAC, INC.), :
:
               Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.